Aaron E. Michel,
2880 Camberly Cir.
Melbourne, FL 32940
    Plaintiff
  v.

Consilio, LLC
1828 L St NW, Suite 1070
Washington, DC 20036
   and
Consilio Services, LLC
1828 L St NW Suite 1070
Washington, DC 20036
   and
Locum Legal, LLC, d/b/a Cadence Counsel
  d/b/a Bridgeline Solutions
900 Broadway, Suite 905
New York, NY 10003                     Complaint
    Defendants

The Plaintiff Aaron E. Michel, makes the following claim for relief against the Defendants:

1. The Plaintiff was co-employed full time by the Defendants from January 24, 2019, until April 29, 2020, in Mecklenburg County, North Carolina, within the Western District of North Carolina, performing non-exempt work.
2. During this term of employment, the Defendants failed to compensate the Plaintiff for overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 207, for the dates and in the amounts shown in attached Exhibit A, which is incorporated herein by reference.
3. The Defendants are liable to the Plaintiff for unpaid overtime compensation and "in an additional equal amount as liquidated damages" pursuant to 29 U.S.C. § 216(b).

Wherefore the Plaintiff demands judgment against the Defendants in the amount of $7,967.87 for unpaid overtime compensation and an equal amount for liquidated damages and costs and reasonable attorney fees incurred by Plaintiff if he retains counsel to assist in this matter.

This the 18th day of November, 2020.

                                        /s Aaron E. Michel_____
                                        Aaron E. Michel, NC bar no. 17177
                                        Plaintiff
                                        2880 Camberly Circle, Melbourne, FL 32940
                                        704-451-8351; mail@aaronmichel.com
                                        Fax: 704-643-1004