UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CV639-MOC-DCK

Aaron E. Michel,
    Plaintiff
  v.

Consilio, LLC
Consilio Services, LLC, and
Locum Legal, LLC, d/b/a Cadence Counsel
  d/b/a Bridgeline Solutions
    Defendants      Notice of Dismissal with Prejudice as to
                             Locum Legal, LLC – Rule 41(a)(1)(A)(i)

      The Plaintiff Aaron E. Michel hereby gives notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) of dismissal before the opposing party has served either an answer or motion for summary judgment.

This the 26th day of January, 2021.

                                         /s Aaron E. Michel_____
                                         Aaron E. Michel, NC bar no. 17177
                                         Plaintiff
                                         2880 Camberly Circle, Melbourne, FL 32940
                                         704-451-8351; mail@aaronmichel.com
                                         Fax: 704-643-1004

Certificate of Service

The undersigned certifies that a copy of the foregoing document was served upon the following defendants at the addresses listed:

Consilio, LLC
Consilio Services, LLC
c/o Stephen D. Dellinger
sdellinger@littler.com

Locum Legal, LLC
c/o Craig Brown, Principal
900 Broadway, Ste 905
New York, NY 10003

This 26th day of January, 2021.

                                                     __s/ Aaron E. Michel_____
                                                     Aaron E. Michel